UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Jeremy Brotz                    )
_____,  )
        Plaintiff(s),           )
                                )
        vs.                     )          Case No. __1:23-CV-120-MTS__.
                                )
                                )
City of Dexter, et al.          )
_____, )
        Defendant(s).           )

**NOTICE OF APPEAL**

        Notice is hereby given that __Jeremy Brotz_____,

appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment

entered in this action on the ____2nd____ day of ___June_____, 20__26___.

                                        Peter O Bruntrager
                                _____

                                        /s/Peter O Bruntrager
                                _____
                                Signature

**NOTE: IF YOU ARE <u>NOT</u> A <u>PRISONER</u> AND WERE PREVIOUSLY GRANTED
LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED
TO SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON
APPEAL AND AFFIDAVIT IN SUPPORT.  <u>See</u> Fed. R. App. 24(a).**